# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Jean Richard Severin
_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

New York City Department Of Education,

Et Al.,
_____
(List the full name(s) of the defendant(s)/respondent(s).)

19 CV 00775 (MKV)(RWL)

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: **Plaintiff Jean Richard Severin**

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☑ judgment ☑ order entered on: **March 31, 2023**
(date that judgment or order was entered on docket)

that: Granted Defendants' Motion for Summary Judgment on the ground that Severin did not engage in protected speech and, in the alternative, on the Mount Healthy ground.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

4/28/23
Dated

[signature]
Signature

Glass, Bryan, D
Name (Last, First, MI)

85 Broad Street, 17th Fl @WeWork    New York    NY    10004
Address                              City        State  Zip Code

(212) 537-6859                       bglass@ghnylaw.com
Telephone Number                     E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

CLOSED,APPEAL,CASREF,ECF,MEDTFR4

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:19–cv–00775–MKV–RWL

| | |
|---|---|
| Severin v. New York City Department Of Education, et al | Date Filed: 01/25/2019 |
| Assigned to: Judge Mary Kay Vyskocil | Date Terminated: 03/31/2023 |
| Referred to: Magistrate Judge Robert W. Lehrburger | Jury Demand: Plaintiff |
| Cause: 42:1983 Civil Rights (Employment Discrimination) | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jean Richard Severin**     represented by     **Bryan Glass**
Glass Harlow & Hogrogian LLP
85 Broad St
WeWork
Ste 18th Floor
New York, NY 10004
212–537–6859
Fax: 845–510–2219
Email: bglass@ghnylaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**New York City Department Of Education,**     represented by     **Christopher Ferreira**
London Fischer LLP
59 Maiden Lane
New York, NY 10038
212–331–9536
Email: christopher.ferreira@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lillian P. Wesley**
New York City Law Department
100 Church St.
New York, NY 10007
212–356–2079
Email: lwesley@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas B. Roberts**
35 Prospect Park West
Ste 5a
Brooklyn, NY 11215
267–242–8178
Email: thomasroberts1@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chlarens Orsland**
NYC Law Department, Office of the Corporation Counsel (NYC)
100 Church Street
New York, NY 10007
212–788–0904
Fax: 212–788–0877
Email: corsland@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Rachel Kathryn Marcoccia**
Kishner Miller Himes P.C.
40 Fulton Street
New York, NY 10038
929–480–8270
Email: rmarcoccia@kishnerlegal.com
*TERMINATED: 03/20/2020*

**Defendant**

**Steven Dorcely**
*Former Principal Of Urban Action Academy High School*

represented by **Christopher Ferreira**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lillian P. Wesley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas B. Roberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chlarens Orsland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Kathryn Marcoccia**
(See above for address)
*TERMINATED: 03/20/2020*

**Defendant**

**Jordan Barnett**
*Former Assistant Principal Of Urban Action Academy High School*

represented by **James Edward Kimmel**
Abrams, Gorelick, Friedman & Jacobson, LLP
One Battery Park Plaza
New York, NY 10004
(917)–428–2797
Fax: (212)–968–7573
Email: jkimmel@msssv.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rakshita Koirala**
Abrams Gorelick Friedman & Jacobson
1 Battery Park Plaza
10004
New York, NY 10004
212–422–1200
Email: rkoirala@agfjlaw.com
*ATTORNEY TO BE NOTICED*

**Steven DiSiervi**
Abrams, Gorelick, Friedman & Jacobson, P.C
One Battery Park Plaza, Fourth Floor
New York, NY 10004
(212)–422–1200
Fax: (212)–968–7573
Email: sdisiervi@agfjlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Michael Prayor**<br>*Former Superintendent Over Urban Action Academy High School* | represented by | **Christopher Ferreira**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Lillian P. Wesley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Thomas B. Roberts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Chlarens Orsland**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Rachel Kathryn Marcoccia**<br>(See above for address)<br>*TERMINATED: 03/20/2020* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2019 | 1 | COMPLAINT against Jordan Barnett, Steven Dorcely, New York City Department Of Education,, Michael Prayor. (Filing Fee $ 400.00, Receipt Number ANYSDC−16246551)Document filed by Jean Richard Severin.(Glass, Bryan) (Entered: 01/25/2019) |
| 01/25/2019 | 2 | CIVIL COVER SHEET filed. (Glass, Bryan) (Entered: 01/25/2019) |
| 01/28/2019 | | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Bryan David Glass. The following case opening statistical information was erroneously selected/entered: County code New York;. The following correction(s) have been made to your case entry: the County code has been modified to Queens;. (pc) (Entered: 01/28/2019) |
| 01/28/2019 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Andrew L. Carter, Jr. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pc) (Entered: 01/28/2019) |
| 01/28/2019 | | Magistrate Judge Robert W. Lehrburger is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (pc) (Entered: 01/28/2019) |
| 01/28/2019 | | Case Designated ECF. (pc) (Entered: 01/28/2019) |
| 01/28/2019 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to New York City Department of Education, re: 1 Complaint. Document filed by Jean Richard Severin. (Glass, Bryan) (Entered: 01/28/2019) |
| 01/28/2019 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Steven Dorcely, re: 1 Complaint. Document filed by Jean Richard Severin. (Glass, Bryan) (Entered: 01/28/2019) |
| 01/29/2019 | 5 | ELECTRONIC SUMMONS ISSUED as to New York City Department Of Education,. (pne) (Entered: 01/29/2019) |

| | | |
|---|---|---|
| 01/29/2019 | 6 | ELECTRONIC SUMMONS ISSUED as to Steven Dorcely. (pne) (Entered: 01/29/2019) |
| 02/15/2019 | 7 | LETTER MOTION for Extension of Time addressed to Judge Andrew L. Carter, Jr. from Christopher Ferreira, Esq. dated February 15, 2019. Document filed by New York City Department Of Education,.(Ferreira, Christopher) (Entered: 02/15/2019) |
| 02/19/2019 | 8 | ORDER granting 7 Letter Motion for Extension of Time. SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 2/19/2019) (jca) (Entered: 02/19/2019) |
| 02/19/2019 | | Set/Reset Deadlines: New York City Department Of Education, answer due 4/5/2019. (jca) (Entered: 02/19/2019) |
| 04/04/2019 | 9 | LETTER MOTION for Extension of Time to File Answer addressed to Judge Andrew L. Carter, Jr. from Christopher Ferreira, Esq. dated April 04, 2019. Document filed by New York City Department Of Education,.(Ferreira, Christopher) (Entered: 04/04/2019) |
| 04/05/2019 | 10 | ORDER granting 9 Letter Motion for Extension of Time to Answer. SO ORDERED. New York City Department Of Education, answer due 4/19/2019. (Signed by Judge Andrew L. Carter, Jr on 4/5/2019) (rj) (Entered: 04/05/2019) |
| 04/19/2019 | 11 | ANSWER to 1 Complaint. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor.(Ferreira, Christopher) (Entered: 04/19/2019) |
| 04/22/2019 | 12 | ORDER OF AUTOMATIC REFERRAL TO MEDIATION (See M−10−468 Second Amended Standing Order). Please reference the Pilot Discovery Protocols, attached, and the Mediation Program Procedures (http://nysd.uscourts.gov/mediation). E−mail MediationOffice@nysd.uscourts.gov, telephone 212−805−0643. Mediator to be Assigned by 5/2/2019. (Signed by Judge Loretta A. Preska on 10/1/2015) (mf) (Entered: 04/22/2019) |
| 04/22/2019 | 13 | LETTER MOTION for Extension of Time *answer for Jordan Barnett* addressed to Judge Andrew L. Carter, Jr. from James E. Kimmel dated April 22, 2019. Document filed by Jordan Barnett.(Kimmel, James) (Entered: 04/22/2019) |
| 04/24/2019 | 14 | REQUEST FOR ISSUANCE OF SUMMONS as to Michael Prayor, Former Superintendent Over Urban Action Academy High School, re: 1 Complaint. Document filed by Jean Richard Severin. (Glass, Bryan) (Entered: 04/24/2019) |
| 04/25/2019 | 15 | ELECTRONIC SUMMONS ISSUED as to Michael Prayor. (dnh) (Entered: 04/25/2019) |
| 04/30/2019 | | NOTICE OF MEDIATOR ASSIGNMENT – Notice of assignment of mediator. Mediator Schedule due by 5/30/2019.(ah) (Entered: 04/30/2019) |
| 05/08/2019 | 16 | ANSWER to 1 Complaint. Document filed by Jordan Barnett.(Kimmel, James) (Entered: 05/08/2019) |
| 05/30/2019 | | MEDIATOR SESSION SCHEDULED First Mediation Session scheduled for 7/15/19, 10 AM at 40 Foley Square.(ah) (Entered: 05/30/2019) |
| 07/17/2019 | | Mediator Session Held on 7/15/19 10 AM at 40 Foley Square.(smc) (Entered: 07/17/2019) |
| 01/13/2020 | 18 | ORDER granting 13 Letter Motion for Extension of Time. SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 1/13/2020) (rj) (Entered: 01/13/2020) |
| 01/13/2020 | 19 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non−dispositive pretrial motions, and settlement). Referred to Magistrate Judge Robert W. Lehrburger. (Signed by Judge Andrew L. Carter, Jr on 1/13/2020) (rj) (Entered: 01/13/2020) |
| 01/27/2020 | 20 | SCHEDULING ORDER: Initial Pretrial Conference set for 2/25/2020 at 2:45 PM in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. Counsel shall jointly complete and file Judge Lehrburger's [Proposed] Civil Case Management Plan and Scheduling Order, which must be submitted in compliance with Judge Lehrburger's Individual Practices no later than |

| | | |
|---|---|---|
| | | one week before the initial case management conference. If suitable for the case, the parties are encouraged to use Judge Lehrburger's model Joint Electronic Discovery Submission and Proposed Order. These forms are available on the SDNY website at http://nysd.uscourts.gov/judge/Lehrburger. (Signed by Magistrate Judge Robert W. Lehrburger on 1/27/2020) (rsh) (Entered: 01/27/2020) |
| 02/07/2020 | 21 | NOTICE OF APPEARANCE by Rachel Kathryn Marcoccia on behalf of Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Marcoccia, Rachel) (Entered: 02/07/2020) |
| 02/11/2020 | | NOTICE OF CASE REASSIGNMENT to Judge Mary Kay Vyskocil. Judge Andrew L. Carter, Jr is no longer assigned to the case..(wb) (Entered: 02/11/2020) |
| 02/18/2020 | 22 | PROPOSED CASE MANAGEMENT PLAN. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Marcoccia, Rachel) (Entered: 02/18/2020) |
| 02/25/2020 | | Minute Entry for proceedings held before Magistrate Judge Robert W. Lehrburger: Initial Pretrial Conference held on 2/25/2020 at 2:50 p.m. (rsh) (Entered: 02/25/2020) |
| 02/25/2020 | 23 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: Amended Pleadings due by 4/27/2020. Joinder of Parties due by 4/27/2020. Deposition due by 6/25/2020. Fact Discovery due by 8/21/2020. Expert Discovery due by 11/25/2020. By March 9, 2020, Plaintiff shall notify the Court by filing a letter on ECF regarding its receptiveness to moving forward with scheduling a settlement conference. The parties anticipate that the trial of this case will require 6 days. All parties do not consent to a trial before a Magistrate Judgeat this time. The case is to be tried to a jury. (Signed by Magistrate Judge Robert W. Lehrburger on 2/25/2020) (mml) (Entered: 02/25/2020) |
| 03/09/2020 | 24 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE DOCUMENT #25) –** JOINT LETTER MOTION for Leave to File motion to dismiss *and to stay discovery* addressed to Judge Mary Kay Vyskocil from James E. Kimmel dated March 9, 2020. Document filed by Jordan Barnett. (Attachments: # 1 Exhibit Section 3020 DOE Opinion, # 2 Exhibit Order Dismissing Art. 75).(Kimmel, James) Modified on 3/11/2020 (ldi). (Entered: 03/09/2020) |
| 03/09/2020 | 25 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** JOINT LETTER MOTION for Leave to File motion to dismiss *and to stay discovery* addressed to Judge Mary Kay Vyskocil from James E. Kimmel dated March 9, 2020. Document filed by Jordan Barnett. (Attachments: # 1 Exhibit July 17, 2017 DOE Opinion, # 2 Exhibit Order Dismissing Art. 75, # 3 Exhibit September 9, 2016 DOE Opinion).(Kimmel, James) Modified on 3/11/2020 (ldi). (Entered: 03/09/2020) |
| 03/10/2020 | 26 | ORDER granting 25 Letter Motion for Leave to File Document. Stayed. Terminate gavel at Dkt. 25. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 3/10/2020) (mml) (Entered: 03/10/2020) |
| 03/10/2020 | | Set/Reset Deadlines: Motions due by 4/30/2020. Responses due by 5/15/2020 Replies due by 5/25/2020. (mml) (Entered: 03/10/2020) |
| 03/10/2020 | 27 | ORDER terminating 24 Letter Motion for Leave to File Document (HEREBY ORDERED by Magistrate Judge Robert W. Lehrburger)(Text Only Order) (Entered: 03/10/2020) |
| 03/12/2020 | 28 | NOTICE OF APPEARANCE by Thomas B. Roberts on behalf of Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Roberts, Thomas) (Entered: 03/12/2020) |
| 03/13/2020 | 29 | LETTER addressed to Judge Mary Kay Vyskocil from Rachel K. Marcoccia dated March 13, 2020 re: Request to Withdraw as Counsel. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Marcoccia, Rachel) (Entered: 03/13/2020) |
| 03/20/2020 | 30 | MEMO ENDORSEMENT on re: 29 Letter filed by New York City Department Of Education, Michael Prayor, Steven Dorcely. ENDORSEMENT: Granted. Attorney Rachel Kathryn Marcoccia terminated. (Signed by Judge Mary Kay Vyskocil on 3/20/2020) (mro) (Entered: 03/20/2020) |

| | | |
|---|---|---|
| 04/29/2020 | 31 | LETTER addressed to Judge Mary Kay Vyskocil from Lillian P. Wesley dated April 29, 2020 re: Defendants Rule 12(c) motion. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Wesley, Lillian) (Entered: 04/29/2020) |
| 04/29/2020 | 32 | NOTICE OF APPEARANCE by Lillian P. Wesley on behalf of Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Wesley, Lillian) (Entered: 04/29/2020) |
| 04/30/2020 | 33 | FIRST MOTION for Judgment on the Pleadings *pursuant to Rule 12(c)*. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor. Responses due by 5/15/2020.(Wesley, Lillian) (Entered: 04/30/2020) |
| 04/30/2020 | 34 | FIRST MEMORANDUM OF LAW in Support re: 33 FIRST MOTION for Judgment on the Pleadings *pursuant to Rule 12(c)*. . Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Wesley, Lillian) (Entered: 04/30/2020) |
| 04/30/2020 | 35 | DECLARATION of Lillian P. Wesley in Support re: 33 FIRST MOTION for Judgment on the Pleadings *pursuant to Rule 12(c)*.. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor. (Attachments: # 1 Exhibit A –– 2016 § 3020–a Opinion, # 2 Exhibit B –– 2016 § 3020–a Transcript, # 3 Exhibit C –– 2017 § 3020–a Opinion, # 4 Exhibit D –– 2017 § 3020–a Transcript, # 5 Exhibit E –– Art. 75 Petition, # 6 Exhibit F –– State Court Proceeding).(Wesley, Lillian) (Entered: 04/30/2020) |
| 05/14/2020 | 36 | LETTER MOTION for Extension of Time to File Response/Reply *to Defendants Rule 12(c) motion* addressed to Judge Mary Kay Vyskocil from Bryan D. Glass dated May 13, 2020. Document filed by Jean Richard Severin..(Glass, Bryan) (Entered: 05/14/2020) |
| 05/18/2020 | 37 | ORDER granting 36 LETTER MOTION for Extension of Time to File Response/Reply to Defendants Rule 12(c) motion. Granted. SO ORDERED. Responses due by 5/22/2020, Replies due by 6/1/2020. (Signed by Judge Mary Kay Vyskocil on 5/18/2020) (jca) (Entered: 05/18/2020) |
| 05/22/2020 | 38 | MEMORANDUM OF LAW in Opposition re: 33 FIRST MOTION for Judgment on the Pleadings *pursuant to Rule 12(c)*. . Document filed by Jean Richard Severin..(Glass, Bryan) (Entered: 05/22/2020) |
| 05/28/2020 | 39 | FIRST LETTER MOTION for Extension of Time to File Response/Reply *in further support of Defendants' motion for judgment on the pleadings* addressed to Magistrate Judge Robert W. Lehrburger from Lillian P. Wesley dated May 28, 2020. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Wesley, Lillian) (Entered: 05/28/2020) |
| 05/29/2020 | 40 | ORDER granting 39 Letter Motion for Extension of Time to File Response/Reply re 33 FIRST MOTION for Judgment on the Pleadings: Granted. (Replies due by 6/8/2020.) (Signed by Judge Mary Kay Vyskocil on 5/29/2020) (jwh) (Entered: 05/29/2020) |
| 06/08/2020 | 41 | REPLY MEMORANDUM OF LAW in Support re: 33 FIRST MOTION for Judgment on the Pleadings *pursuant to Rule 12(c)*. . Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Wesley, Lillian) (Entered: 06/08/2020) |
| 03/31/2021 | 42 | MEMORANDUM OPINION AND ORDER re: 33 FIRST MOTION for Judgment on the Pleadings *pursuant to Rule 12(c)*. filed by New York City Department Of Education,, Michael Prayor, Steven Dorcely. For the foregoing reasons, the Court GRANTS IN PART and DENIES IN PART Defendants' motion for judgment on the pleadings. The Court dismisses Count II of the Complaint. The Clerk of Court is respectfully requested to terminate docket entry 33. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 3/31/2021) (mml) (Entered: 03/31/2021) |
| 04/01/2021 | 43 | ORDER: Following the Court's decision on Defendants' motion for judgment on the pleadings, claims in this case remain to be litigated. Accordingly, (1) the stay shall be lifted, (2) the parties shall meet and confer about a schedule going forward, and (3) by April 13, 2021, file a joint letter (a) proposing a schedule, (b) indicating the parties' |

| | | |
|---|---|---|
| | | interest in having a settlement conference, and (c) raising any other issues requiring the Court's attention. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 4/1/2021) Copies transmitted this date to all counsel of record. (mml) (Entered: 04/01/2021) |
| 04/13/2021 | 44 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lillian P. Wesley dated April 13, 2021 re: Court's Order ECF No. 43. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor. (Attachments: # 1 Exhibit Proposed Case Management Plan).(Wesley, Lillian) (Entered: 04/13/2021) |
| 04/14/2021 | 45 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: Amended Pleadings due by 5/15/2021. Joinder of Parties due by 5/15/2021. Deposition due by 8/20/2021. Fact Discovery due by 10/8/2021. Expert Discovery due by 1/12/2022. All parties do not consent to a trial before a Magistrate Judge at this time. The case is to be tried to a jury. The parties anticipate that the trial of this case will require 6 days. (Signed by Magistrate Judge Robert W. Lehrburger on 4/14/2021) (mml) (Entered: 04/14/2021) |
| 06/04/2021 | 46 | LETTER MOTION for Extension of Time *re Discovery and revised CMP (on consent)* addressed to Magistrate Judge Robert W. Lehrburger from Lillian P. Wesley dated June 4, 2021. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor. (Attachments: # 1 Exhibit Revised Case Management Plan).(Wesley, Lillian) (Entered: 06/04/2021) |
| 06/07/2021 | 47 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER granting 46 Letter Motion for Extension of Time Amended Pleadings due by 6/7/2021. Deposition due by 9/10/2021. Joinder of Parties due by 6/7/2021. All fact discovery shall be completed by 10/29/2021. Expert discovery shall be completed by 2/2/2022. All parties do not consent to a trial before a Magistrate Judge at this time. The case is to be tried to a jury. The parties anticipate that the trial of this case will require 6 days. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 6/7/2021) (mml) (Entered: 06/07/2021) |
| 06/07/2021 | | Set/Reset Deadlines: Expert Discovery due by 2/2/2022. Fact Discovery due by 10/29/2021. (mml) (Entered: 06/07/2021) |
| 07/15/2021 | 48 | NOTICE OF APPEARANCE by Chlarens Orsland on behalf of Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Orsland, Chlarens) (Entered: 07/15/2021) |
| 08/09/2021 | 49 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Chlarens Orsland dated 8/9/2021 re: Joint Status Report re: Discovery. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Orsland, Chlarens) (Entered: 08/09/2021) |
| 08/25/2021 | 50 | PROPOSED PROTECTIVE ORDER. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor. (Attachments: # 1 Stipulated Protective Order, # 2 Stipulation and Order Regarding Clawback Agreement).(Orsland, Chlarens) (Entered: 08/25/2021) |
| 08/25/2021 | 51 | STIPULATION AND ORDER REGARDING CLAWBACK AGREEMENT: This Stipulation and Order shall apply to all documents and information, including electronically stored information, produced or disclosed by the parties in response to discovery requests and demands; affidavits and declarations; testimony adduced at trial, deposition, or during any hearing; and all other information or material otherwise disclosed, produced, made available for inspection, or submitted by the parties in this litigation (collectively, "Discovery Material"). (And as further set forth herein.) SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 8/25/2021) (jca) (Entered: 08/25/2021) |
| 08/25/2021 | 52 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... The Court approves of the stipulation and order, except that Paragraph 16 shall be deemed revised to be in conformity with this Court's individual rule of practice for filing of confidential material as published on my page of the SDNY website. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 8/25/2021) (kv) (Entered: 08/25/2021) |

| | | |
|---|---|---|
| 10/08/2021 | 53 | LETTER MOTION for Extension of Time to Complete Discovery *Deadline* addressed to Magistrate Judge Robert W. Lehrburger from Chlarens Orsland dated 10/8/2021. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor. (Attachments: # 1 Exhibit Proposed Order).(Orsland, Chlarens) (Entered: 10/08/2021) |
| 10/08/2021 | 54 | ORDER granting 53 Letter Motion for Extension of Time to Complete Discovery. Extension granted. SO ORDERED. Discovery due by 12/15/2021. (Signed by Magistrate Judge Robert W. Lehrburger on 10/8/2021) (jca) (Entered: 10/08/2021) |
| 10/08/2021 | | Set/Reset Deadlines: Deposition due by 10/25/2021. (jca) (Entered: 10/14/2021) |
| 12/15/2021 | 55 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Chlarens Orsland dated December 15, 2021 re: Status report. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Orsland, Chlarens) (Entered: 12/15/2021) |
| 12/16/2021 | 56 | MEMO ENDORSEMENT on re: 55 Letter filed by New York City Department Of Education,, Michael Prayor, Steven Dorcely. ENDORSEMENT: Application granted in part and denied in part. Discovery is extended to January 24, 2022. The parties shall apprise the Court of status by that date or such earlier time as they may reach a settlement. SO ORDERED. (Discovery due by 1/24/2022.) (Signed by Magistrate Judge Robert W. Lehrburger on 12/16/2021) (mml) (Entered: 12/16/2021) |
| 01/24/2022 | 57 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Chlarens Orsland dated 01/24/2022 re: Request for Settlement Conference. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Orsland, Chlarens) (Entered: 01/24/2022) |
| 01/25/2022 | 58 | NOTICE OF APPEARANCE by Steven DiSiervi on behalf of Jordan Barnett..(DiSiervi, Steven) (Entered: 01/25/2022) |
| 02/03/2022 | 59 | NOTICE of Hearing: Pre–Settlement Telephone Conference set for 2/4/2022 at 9:30 AM before Magistrate Judge Robert W. Lehrburger. The parties are instructed to review and adhere to Judge Lehrburger's Individual Practices and Settlement Conference Procedures. The parties shall call the teleconference line at (888)–398–2342 and enter access code: 9543348.(rsh) (Entered: 02/03/2022) |
| 02/03/2022 | 60 | NOTICE of Hearing: Settlement Conference set for 2/25/2022 at 9:30 AM before Magistrate Judge Robert W. Lehrburger. This conference will be conducted via Microsoft Teams. A link will be emailed to the parties, one week prior to the conference. The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre–conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than February 18, 2022, by 5:00 p.m.(rsh) (Entered: 02/03/2022) |
| 02/04/2022 | | Minute Entry for proceedings held before Magistrate Judge Robert W. Lehrburger: Pre–Settlement Telephone Conference held on 2/4/2022 at 9:30 a.m. (rsh) (Entered: 02/04/2022) |
| 02/04/2022 | 61 | NOTICE to parties: The scheduled Settlement Conference for February 25, 2022, at 9:30 a.m. will be held in person, in courtroom 18 D at 500 Pearl Street, New York, N.Y. 10007. (rsh) (Entered: 02/04/2022) |
| 02/25/2022 | | Minute Entry for proceedings held before Magistrate Judge Robert W. Lehrburger: Settlement Conference held on 2/25/2022 at 10:00 a.m. (rsh) (Entered: 02/25/2022) |
| 04/28/2022 | 62 | NOTICE: Parties are instructed to e–file a Status Letter by May 4, 2022. (rsh) (Entered: 04/28/2022) |
| 04/28/2022 | | Set/Reset Deadlines: Status Report due by 5/4/2022. (rsh) (Entered: 04/28/2022) |
| 05/04/2022 | 63 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Chlarens Orsland dated 05/04/2022 re: Correspondence/Joint Status. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Orsland, Chlarens) (Entered: 05/04/2022) |

| | | |
|---|---|---|
| 05/04/2022 | 64 | MEMO ENDORSEMENT on re: 63 Letter filed by New York City Department Of Education,, Michael Prayor, Steven Dorcely. ENDORSEMENT: The parties shall file their pre−dispositive motion letter(s) by May 13, 2022. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 5/4/2022) (mml) (Entered: 05/04/2022) |
| 05/04/2022 | | Set/Reset Deadlines: Motions due by 5/13/2022. (mml) (Entered: 05/04/2022) |
| 05/10/2022 | 65 | NOTICE OF APPEARANCE by Rakshita Koirala on behalf of Jordan Barnett..(Koirala, Rakshita) (Entered: 05/10/2022) |
| 05/13/2022 | 66 | LETTER addressed to Judge Mary Kay Vyskocil from Chlarens Orsland dated May 13, 2022 re: Request for conference re: summary judgment motion. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor. (Attachments: # 1 Exhibit Defendants' Joint Rule 56.1 Statement).(Orsland, Chlarens) (Entered: 05/13/2022) |
| 05/16/2022 | 67 | LETTER MOTION for Extension of Time to File Response/Reply as to 66 Letter, addressed to Judge Mary Kay Vyskocil from Bryan D. Glass dated May 16, 2022. Document filed by Jean Richard Severin..(Glass, Bryan) (Entered: 05/16/2022) |
| 05/17/2022 | 68 | ORDER granting 67 Letter Motion for Extension of Time to File Response/Reply re 67 LETTER MOTION for Extension of Time to File Response/Reply as to 66 Letter, addressed to Judge Mary Kay Vyskocil from Bryan D. Glass dated May 16, 2022. Granted. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 5/17/2022) (tg) (Entered: 05/17/2022) |
| 05/31/2022 | 69 | SECOND LETTER MOTION for Extension of Time to File Response/Reply as to 66 Letter, addressed to Judge Mary Kay Vyskocil from Bryan D. Glass dated May 31, 2022. Document filed by Jean Richard Severin..(Glass, Bryan) (Entered: 05/31/2022) |
| 06/02/2022 | 70 | ORDER granting 69 Letter Motion for Extension of Time to File Response/Reply re 69 SECOND LETTER MOTION for Extension of Time to File Response/Reply as to 66 Letter, addressed to Judge Mary Kay Vyskocil from Bryan D. Glass dated May 31, 2022.Granted. SO ORDERED. No further extensions. (Signed by Judge Mary Kay Vyskocil on 6/2/2022) (tg) (Entered: 06/02/2022) |
| 06/14/2022 | 71 | LETTER addressed to Judge Mary Kay Vyskocil from Bryan D. Glass dated June 14, 2022 re: Plaintiffs Letter in Opposition to Defendants Request for a Pre−Motion Conference in Anticipation of their Motion for Summary Judgment. Document filed by Jean Richard Severin. (Attachments: # 1 Exhibit Plaintiff's Rule 56.1 Counterstatement).(Glass, Bryan) (Entered: 06/14/2022) |
| 07/13/2022 | 72 | ORDER: IT IS HEREBY ORDERED that any motion for summary judgment is due August 1, 2022. Any opposition is due August 15, 2022, and any reply is due August 22, 2022. SO ORDERED. ( Motions due by 8/1/2022., Responses due by 8/15/2022, Replies due by 8/22/2022.) (Signed by Judge Mary Kay Vyskocil on 7/13/2022) (tg) (Entered: 07/13/2022) |
| 08/01/2022 | 73 | MOTION for Summary Judgment *on behalf of all Defendants*. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor. Responses due by 8/15/2022.(Orsland, Chlarens) (Entered: 08/01/2022) |
| 08/01/2022 | 74 | DECLARATION of Steve Dorcely in Support re: 73 MOTION for Summary Judgment *on behalf of all Defendants*.. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor. (Attachments: # 1 Exhibit A − 12/10/2015 Email).(Orsland, Chlarens) (Entered: 08/01/2022) |
| 08/01/2022 | 75 | DECLARATION of Michael Prayor in Support re: 73 MOTION for Summary Judgment *on behalf of all Defendants*.. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor. (Attachments: # 1 Exhibit A − 09/18/2015 Email, # 2 Exhibit B − 10/18/2015 Email).(Orsland, Chlarens) (Entered: 08/01/2022) |
| 08/01/2022 | 76 | DECLARATION of Chlarens Orsland in Support re: 73 MOTION for Summary Judgment *on behalf of all Defendants*.. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor. (Attachments: # 1 Exhibit A − N.Y.S. Educ. Dep't Opinion (09/09/2016), # 2 Exhibit B − N.Y.S. Educ. Dep't Opinion (07/17/2017), # 3 Exhibit C − N.Y.S. Sup. Ct. Transcript (01/14/2019), # 4 Exhibit D |

| | | |
|---|---|---|
| | | – Severin Deposition, # 5 Exhibit E – Dorcely Deposition, # 6 Exhibit F – Barnett Deposition, # 7 Exhibit G – Prayor Deposition, # 8 Exhibit H – Mayor's Exec. Orders 11 and 34, # 9 Exhibit I – N.Y.C. D.O.I. Webpage).(Orsland, Chlarens) (Entered: 08/01/2022) |
| 08/01/2022 | 77 | RULE 56.1 STATEMENT. Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Orsland, Chlarens) (Entered: 08/01/2022) |
| 08/01/2022 | 78 | COUNTER STATEMENT TO Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Orsland, Chlarens) (Entered: 08/01/2022) |
| 08/01/2022 | 79 | MEMORANDUM OF LAW in Support re: 73 MOTION for Summary Judgment *on behalf of all Defendants*. . Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Orsland, Chlarens) (Entered: 08/01/2022) |
| 08/01/2022 | 80 | DECLARATION of Steven DiSiervi in Support re: 73 MOTION for Summary Judgment *on behalf of all Defendants*.. Document filed by Jordan Barnett. (Attachments: # 1 Exhibit State Court Summons and Complaint).(DiSiervi, Steven) (Entered: 08/01/2022) |
| 08/01/2022 | 81 | FIRST MEMORANDUM OF LAW in Support re: 73 MOTION for Summary Judgment *on behalf of all Defendants*. . Document filed by Jordan Barnett..(DiSiervi, Steven) (Entered: 08/01/2022) |
| 08/15/2022 | 82 | MEMORANDUM OF LAW in Opposition re: 73 MOTION for Summary Judgment *on behalf of all Defendants*. . Document filed by Jean Richard Severin..(Glass, Bryan) (Entered: 08/15/2022) |
| 08/15/2022 | 83 | COUNTER STATEMENT TO 77 Rule 56.1 Statement. Document filed by Jean Richard Severin..(Glass, Bryan) (Entered: 08/15/2022) |
| 08/15/2022 | 84 | DECLARATION of Bryan D. Glass in Opposition re: 73 MOTION for Summary Judgment *on behalf of all Defendants*.. Document filed by Jean Richard Severin. (Attachments: # 1 Exhibit 1– Severin Deposition Transcript, # 2 Exhibit 2– Dorcely Deposition Transcript, # 3 Exhibit 3– OEO Complaint, # 4 Exhibit 4– Rating History, # 5 Exhibit 5– Barnett Deposition Transcript, # 6 Exhibit 6– OSI Report, # 7 Exhibit 7– 3020–a Hearing Transcripts PT1, # 8 Exhibit 7– 3020–a Hearing Transcripts PT2, # 9 Exhibit 8– Prayor Deposition Transcript, # 10 Exhibit 9– 11/20/15 Email, # 11 Exhibit 10– 9/18/15 Email, # 12 Exhibit 11– 10/28/15 Email, # 13 Exhibit 12– 12/10/15 Email, # 14 Exhibit 13– Barnett State Case Deposition Transcript, # 15 Exhibit 14– 12/23/15 Email, # 16 Exhibit 15– 3/11/16 Email, # 17 Exhibit 16– 1/29/16 Email, # 18 Exhibit 17– 9/9/16 3020–a Opinion and Award PT1, # 19 Exhibit 17– 9/9/16 3020–a Opinion and Award PT2, # 20 Exhibit 18– Service History, # 21 Exhibit 19– 3/3/15 Email, # 22 Exhibit 20– 2014–15 Effective Rating, # 23 Exhibit 21– 6/22/15 Email, # 24 Exhibit 22– September 2015 Emails, # 25 Exhibit 23– 6/7/16 Email, # 26 Exhibit 24– Email Chain, # 27 Exhibit 25– 3/11/16 Email, # 28 Exhibit 26– 11/3/15 Email, # 29 Exhibit 27– 3/5/16 Email, # 30 Exhibit 28– 1/20/16 Email, # 31 Exhibit 29– Special Complaint, # 32 Exhibit 30– Hearing Notice, # 33 Exhibit 31– 1/23/16 Email, # 34 Exhibit 32– 5/16/16 Letter, # 35 Exhibit 33– 8/9/16 3020–a Hearing Transcript Excerpt, # 36 Exhibit 34– 2/6/17 Letter).(Glass, Bryan) (Entered: 08/15/2022) |
| 08/22/2022 | 85 | FIRST REPLY MEMORANDUM OF LAW in Support re: 73 MOTION for Summary Judgment *on behalf of all Defendants*. . Document filed by Jordan Barnett..(DiSiervi, Steven) (Entered: 08/22/2022) |
| 08/22/2022 | 86 | REPLY MEMORANDUM OF LAW in Support re: 73 MOTION for Summary Judgment *on behalf of all Defendants*. . Document filed by Steven Dorcely, New York City Department Of Education,, Michael Prayor..(Orsland, Chlarens) (Entered: 08/22/2022) |
| 03/31/2023 | 87 | OPINION AND ORDER GRANTING MOTION FOR SUMMARY JUDGMENT re: 73 MOTION for Summary Judgment *on behalf of all Defendants*. filed by New York City Department Of Education,, Michael Prayor, Steven Dorcely. For the reasons stated above, Defendants' motion for summary judgment [ECF No. 73] is GRANTED. The Clerk of Court respectfully is requested to terminate the motion pending at docket entry 73 and to close this case. SO ORDERED. (Signed by Judge Mary Kay Vyskocil |

| | | |
|---|---|---|
| | | on 3/31/2023) (tg) Transmission to Orders and Judgments Clerk for processing. (Entered: 03/31/2023) |
| 03/31/2023 | 88 | CLERK'S JUDGMENT re: 87 Memorandum & Opinion in favor of New York City Department Of Education, Jordan Barnett, Michael Prayor, Steven Dorcely against Jean Richard Severin. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated March 31, 2023, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 3/31/2023) (Attachments: # 1 Appeal Package) (km) (Entered: 03/31/2023) |
| 04/28/2023 | 89 | NOTICE OF APPEAL from 88 Clerk's Judgment,, 87 Memorandum & Opinion,,. Document filed by Jean Richard Severin. Filing fee $ 505.00, receipt number ANYSDC–27673935. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Glass, Bryan) Modified on 4/28/2023 (nd). (Entered: 04/28/2023) |
| 04/28/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 89 Notice of Appeal,..(nd) (Entered: 04/28/2023) |
| 04/28/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 89 Notice of Appeal, filed by Jean Richard Severin were transmitted to the U.S. Court of Appeals..(nd) (Entered: 04/28/2023) |